# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, et al., | Case No.: 2:11-CV-00888-APG-CWH |
| Plaintiffs, | |
| vs. | |
| KEVIN MOLONEY CONTRACT, INC., et al., | |
| Defendants. | |

### ORDER

There having been no activity in this case since August 2012, IT IS ORDERED that the parties shall file a status report on or before February 28, 2014.

DATED this 3rd day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1